## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| MICHAEL CHUTON, | : | |
| | : | |
| Plaintiff, | : | Civil No. 06-6175 (RBK) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DEPARTMENT OF CORRECTIONS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

THIS MATTER having come before the Court on motion by Defendants New Jersey Department of Corrections and Corrections Officer W. Hannah (collectively "Defendants") for summary judgment against Plaintiff Michael Chuton on his claim brought pursuant to 42 U.S.C. § 1983; and the Court having considered the moving papers and there being no opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendants' motion for summary judgment is **GRANTED**.


Dated: 5/30/08                                                    s/ Robert B. Kugler
                                                                    ROBERT B. KUGLER
                                                                    United States District Judge